IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

NORMAN BOTTMAN
FLOR MARIA ALVARADO

Debtor(s)

Case No.: 08-04790 ESL

Chapter 13

RECEIVED & TENDERED
U.S. Bankruptcy Court

AUG 16 2010

## MOTION TO INFORM
## POST CONFIRMATION MODIFICATION PLAN UNDER §1329 AND REQUEST FOR RECONSIDERATION OF DISMSSAL

TO THE HONORABLE COURT:

**NOW COMES** the debtor, pro se, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That debtor proposed to sale property in a term of 18th month of the confirmed plan dated December 9, 2008.

3. That is has been impossible for debtor to complete the sale of the property in compliance with the confirmed plan.

4. That the reason for amendment is to modify the payment schedule to extend sale of residential property located at Altura Santa Maria, Cayey, Puerto Rico within the life of the plan.

5. The proposed plan provides to pay general unsecured creditors 100% plus 6% interest and debtor is current with the trustee.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been sent notification of such to the Chapter 13 Trustee, all creditors listed at the address master list.

In San Juan, Puerto Rico this 10th day of August of 2010.

NORMAN BOTTMAN
FLOR MARIA ALVARADO
PMB 430
P O BOX 6400
CAYEY, PR 00737

IN RE: NORMAN BOTTMAN
FLOR MARIA ALVARADO
DEBTOR(S)

BK. CASE # 08-04790

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____
[ ] PRE [✓] POST-CONFIRMATION

[✓] AMENDED PLAN DATED: August 10, 2010
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 80 x 60 = $ 4,800
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
TOTAL = 60    $ 4,800

Additional Payments:
$ 4,000 to be paid as a LUMP SUM within 60 with proceeds to come from
[✓] Sale of property identified as follows:
SALE OF THE RESIDENTIAL PROPERTY
BARRIO MONTELLAN, ALTURA SANTA MARIA, CA
[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ 0
To be made on: _____

**PROPOSED PLAN BASE:** $ 10,400

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3500
b. Fees Paid (Pre-Petition): ($ 3500 )
c. R 2016 Outstanding balance: $ 0
d. Post Petition Additional Fees: $ ___
e. Total Compensation: $ 0

### III. DISBURSEMENT SCHEDULE SEQUENCE

A. SECURED CLAIMS: [ ] Debtor represents that there are no secured claims.
[ ] Secured creditors will retain their liens and shall be paid as follows:

[▓] ADEQUATE PROTECTION Payments: Cr. _____  $ _____

[▓] Trustee will pay secured ARREARS:
Cr. POPULAR MORTGAGE    Cr. _____    Cr. _____
Acct. CLAIM 4-1    Acct. _____    Acct. _____
$ 140    $ _____    $ _____

[▓] Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____    Cr. _____    Cr. _____
Acct. _____    Acct. _____    Acct. _____
Monthly Pymt.$ ___    Monthly Pymt.$ ___    Monthly Pymt.$ ___

[▓] Trustee will pay IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
$ _____    $ _____    $ _____

[▓] Trustee will pay VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
$ _____    $ _____    $ _____

[▓] Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____    Ins. Co. _____    Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

[ ] Debtor SURRENDERS COLLATERAL TO Lien Holder:

[✓] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
POPULAR MORTGAGE

B. PRIORITIES. The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].

C. UNSECURED PREFERRED: Plan [ ] Classifies [ ] Does not Classify Claims.
Class A: [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead":
Class B: [ ] Other Class: _____
[ ] Cr. _____    [ ] Cr. _____    [ ] Cr. _____
$ _____    $ _____    $ _____

D. GENERAL UNSECURED NOT PREFERRED: (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus 6.00 % Legal Interest. [✓] Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:
PLAN WILL DISBURSE 100% PLUS 6% ANNUAL INTEREST TO UNSECURED CREDITORS.
DEBTOR LIFTS THE AUTOMATIC STAY IN FAVOR OF GMAC AND FIRSTBANK, SINCE BOTH VEHICLES ARE IN POSESSION OF A 3RD PARTY.

Signed: _(signature)_
DEBTOR    NORMAN BOTTMAN

_(signature)_
JOINT DEBTOR    FLOR MARIA ALVARADO

ATTORNEY FOR DEBTOR _____    Phone: _____