**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>**NORMAN BOTTMAN<br>FLOR MARIA ALVARADO**<br><br>Debtor(s) | Case No.: 08-04790 (ESL)<br><br>Chapter 13 |

## TRUSTEE'S MOTION TO SUBMIT POSITION AS TO DEBTORS' REQUEST FOR RECONSIDERATION OF DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. This Honorable Court entered Judgment dismissing the present case on July 26, 2010. **Docket no. 26.**

2. On August 19, 2010, debtor filed a Motion to requesting reconsideration of dismissal. **Docket no. 28.**

3. The Trustee **does not oppose** to debtors request for reconsideration of dismissal, under the proposed Post Confirmation Modification of Plan dated Aug 10, 2010 (docket no. 29) debtor has become current.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court that it set aside the order of dismissal since debtor is complying with his payment plan.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail **on this same date to:** the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this 23rd day of September, 2010.

**/S/ Juliel Pérez Méndez- Staff Attorney**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel. (787) 977-3535
Fax (787) 977-3550

08-04790-ESL                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| RAFAEL ANTONIO ESCALANTE*<br>BOX 5009 CUC STATION<br>CAYEY, PR 00737 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | NORMAN BOTTMAN<br>BARRIO MONTELLAN<br>ALTURA SANTA MARIA<br>CAYEY, PR 00736 |
| BANCO POPULAR DE PR<br>C/O CARLOS G BATISTA JIMENEZ<br>PARRA DEL VALLE & LIMERES<br>PO BOX 331429 PONCE PR<br>, PR 00733-1429 | BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | CITIFINANCIAL<br>1111 NORTHPOINT DR BDLG 4<br>COPPELL, TX 75019-3831 |
| FIRST BANK PUERT RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | GMAC<br>PO BOX 130424<br>ROSEVILLE, MN 55113 |
| ISLAND FINANCE A DIVISION OF SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | PR ACQUISITIONS LLC<br>AMERICAN INTERNATIONAL BUILDING<br>250 MUÑOZ RIVERA AVE STE 1200<br>HATO REY, PR 00918 |
| PR ACQUISITIONS LLC<br>AMERICAN INTL BUILDING<br>250 MUNOZ RIVERA AVENUE STE 1200<br>HATO REY, PR 00918 | PUERTO RICO TELEPHONE CO<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 |
| SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7011<br>PONCE, PR 00732-7011 | TRANSCARIBE FREIGHT CORP<br>PO BOX 3679<br>CAROLINA, PR 00984-3679 |
| US SMALL BUSINESS ADM<br>CITIBANK TOWERS  PLAZA LEVEL<br>252 PONCE DE LEON AVENUE<br>HATO REY, PR 00918 | |

DATED: May 28, 2010                    OLGA SOSA

                                       OFFICE OF THE CHAPTER 13 TRUSTEE