UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO. 08-04790-ESL
NORMAN BOTTMAN
FLOR MARIA ALVARADO                                 CHAPTER 13

          DEBTOR (S)

## TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**          Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$44,201.00**          **R2016 STM. $3,500.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $0.00     Fees paid: $0.00     Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **8/10/2010** (Dkt 29)**.**          Plan Base: **93,920.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]
    Plan base has an arithmetic failure correct base is $8,800.00. Also the Trustee understrands that the 60 month period to sell the property is unreasonable and constitutes an undue prejudice to unsecured creditors.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

     In San Juan, Puerto Rico this September 23, 2010.


                                   /s/ Jose R. Carrion
                                   _____
                                   /s/ Juliel Perez -Staff Attorney
                                   _____
                                   JOSE R. CARRION
                                   CHAPTER 13 TRUSTEE
                                   PO Box 9023884, San Juan, PR 00902-3884
jp                                 Tel. (787) 977-3535  Fax  (787) 977-3550